# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00485-SI |
| v. | DETENTION ORDER<br>(Violation of Pretrial Release) |
| ANTHONY PAUL BECK, | |

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
   ☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
   ☒ the defendant stipulates he/she violated a condition of release, *and*

2. ☒ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
   ☐ defendant is unlikely to abide by any condition or combination of conditions of release.

Dated: 1/17/2020

_____
United States Magistrate Judge

DETENTION ORDER (Pretrial Release Violation)